# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CORY RICKS; LOIS GAYLE HARPER WATKINS; DOROTHY BARONE; JOSEPH BARONE; CHARLES VERNON LIPTHRAPT; LANDON WILCHAR; RUBY COPELAND DUKES; RALPH JACKSON; BETTY JACKSON; PHILLIP FLOURNOY; KATHY FLOURNOY; JERI RICKS SWEENEY; DOROTHY RICKS; GREG RICKS; COLAN STRICKLAND; JOYCE TENNIS; COLEL STRICKLAND; VIRGINIA STRICKLAND; and ANNIE JONES,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLIEDSIGNAL INC., now known as HONEYWELL INTERNATIONAL INC. and formerly known as ALLIED CHEMICAL CORPORATION,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 04-CV-97 |

## ORDER

Presently pending before the Court is the Joint Motion for Stay of Proceedings submitted by the Plaintiffs and the Defendant in this case. The Court has reviewed the Joint Motion along with the Memorandum in Support and has determined that the request for stay is well founded. Accordingly, the Court hereby ORDERS that this case be administratively stayed for a period of 20 weeks beginning from the date of this Order. At the conclusion of the 20-week stay, the parties shall submit to the Court a report addressing the status of the *Owens* litigation and the implications, if any, of any findings or rulings in *Owens* on this case.

1

IT IS SO ORDERED.

JAMES E. GRAHAM,
MAGISTRATE JUDGE

**Proposed by:**

Robert P. Killian
KILLIAN, CUNNINGHAM & BOYD
506 Monk Street
Brunswick, Georgia 31520

John C. Bell, Jr.
Pamela S. James
James L. Bentley, III
BELL & JAMES
945 Broad Street, 3rd Floor
Augusta, Georgia 30903-1547

James E. Butler, Jr.
Joel O. Wooten
BUTLER, WOOTEN, OVERBY,
    FRYHOFER & DAUGHTERY
105 Thirteenth Street
Columbus, Georgia 31902

*Counsel for Plaintiffs*

Wallace E. Harrell
    Georgia Bar No. 328800
Mark D. Johnson
    Georgia Bar No. 395041
GILBERT, HARRELL, SUMERFORD & MARTIN
777 Gloucester Street, Suite 200
Brunswick, Georgia 31521-0190
(912) 265-6700

J Kevin Buster
    Georgia Bar No. 099267
Patricia T. Barmeyer
    Georgia Bar No. 038500
Randy J. Butterfield
    Georgia Bar No. 100120
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-4600

James A. Bishop
    Georgia Bar No. 058600
THE BISHOP LAW FIRM
777 Gloucester Street, Suite 401
Brunswick, Georgia 31520
(912) 264-2390

*Counsel for Defendant*

2

```
                UNITED STATES DISTRICT COURT
                  Southern District of Georgia



     Case Number:     2:04-cv-00097
     Date Served:     January 14, 2005
     Served By:       Nita S. Rose

Attorneys Served:

     Pamela S. James, Esq.
     Robert P. Killian, Esq.
     Mark David Johnson, Esq.
     Wallace E. Harrell, Esq.
     Patricia Thrower Barmeyer, Esq.
     Randy J. Butterfield, Esq.
     J. Kevin Buster, Esq.




                                      ____ Copy placed in Minutes

                                      ____ Copy given to Judge

                                      ____ Copy given to Magistrate
```