# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 12 A 11: 34

CLERK _F. LaVictoire_
SO. DIST. OF GA.

CORY RICKS, et al.,    :   CIVIL ACTION

  Plaintiffs,     :

    v.       :

ALLIEDSIGNAL INC., now known :
as HONEYWELL INTERNATIONAL
INC., and formerly known as  :
ALLIED CHEMICAL CORPORATION,

            :

  Defendant.      NO. CV204-097

            :

   and       :

JOSEPH ACOSTA, et al.,   :

  Plaintiffs,     :

    v.       :

ALLIEDSIGNAL INC., now known :
as HONEYWELL INTERNATIONAL
INC., and formerly known as  :
ALLIED CHEMICAL CORPORATION, :

  Defendant.     :   NO. CV204-150

## O R D E R

Presently before the Court are the motions of Defendant to abate these actions on the grounds of duplication, as much as

Plaintiffs' complaints are repetitive of claims currently pending as a class action in the Superior Court of Glynn County, Georgia.

Plaintiffs have not filed a response to the motions, but Plaintiffs' counsel has informed the Court's Deputy Clerk in a phone conversation that Plaintiffs do not oppose Defendants' motions.

Consequently, Defendant's motions are **GRANTED** as unopposed. Plaintiffs' complaints are **DISMISSED**, and the Clerk is directed to enter judgment accordingly. See CV204-097, Doc. No. 47, and CV204-150, Doc. No. 16.

**SO ORDERED**, this ___12th___ day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)