# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

CORY RICKS, LOIS GAYLE HARPER WATKINS, DOROTHY DUNWOODY, JOSEPH BARONE, CHARLES VERNON LIPTHRATT, CAROL LIPTHRATT, LANDON WILHMAR, RUBY COPELAND DUKES, RALPH JACKSON, BETTY JACKSON, PHILIP FLOURNOY, KATHY FLOURNOY, JERI RICKS SWEENEY, DOROTHY RICKS, GREG RICKS, COLAN STRICKLAND, JOYCE TENNIS, COLEL STRICKLAND, VIRGINIA STRICKLAND, ANNIE JONES, and DOROTHY BARONE,

    Plaintiffs

vs.

ALLIEDSIGNAL, INC., now known as HONEYWELL INTERNATIONAL, INC., and formerly known as ALLIED CHEMICAL CORPORATION,

    Defendant

**JUDGMENT IN A CIVIL CASE**

**E.O.D.**

7-12-05
DATE

INITIALS

Case Number CV204-97

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Order of the Court entered July 12, 2005, granting the Defendant's motion to abate action on grounds of duplication and dismissing the complaint, claims of the Plaintiffs, CORY RICKS, LOIS GAYLE HARPER WATKINS, DOROTHY DUNWOODY, JOSEPH BARONE, CHARLES VERNON LIPTHRATT, CAROL LIPTHRATT, LANDON WILHMAR, RUBY COPELAND DUKES, RALPH JACKSON, BETTY JACKSON, PHILIP FLOURNOY, KATHY FLOURNOY, JERI RICKS

SWEENEY, DOROTHY RICKS, GREG RICKS, COLAN STRICKLAND, JOYCE TENNIS, COLEL STRICKLAND, VIRGINIA STRICKLAND, ANNIE JONES, and DOROTHY BARONE, against the Defendant, ALLIEDSIGNAL INC., now known as HONEYWELL INTERNATIONAL INC., and formerly known as ALLIED CHEMICAL CORPORATION, are hereby dismissed.

Date: July 12, 2005

SCOTT L. POFF, CLERK

*Sherry Taylor*
By: Sherry Taylor, Deputy Clerk